IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2019 JUN 24  P 4: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:19-mc-3877-ECM |
| RENT-A-CENTER, PLANO, TX, | ) |
| Garnishee, | ) |
| LEANDERSHAWN ADAMS, | ) |
| Defendant. | ) |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:17CR000101-003 entered against the defendant, Leandershawn Adams; the last four digits of defendant's Social Security Number are XXX-XX-2798; whose last known address is 2766 Mitchell Creek Road, Wetumpka, Alabama, in the above cited action in the amount of $1,023,286.00, plus costs and interest. There is a balance due of $1,023,261.00, as of June 24, 2019.

Demand for payment of the above stated debt was made upon the debtor not less than 30 days from June 24, 2019, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

Rent-A-Center
5700 Tennyson Parkway
Plano, TX 75024

DATED: June 24, 2019

                            LOUIS V. FRANKLIN, SR.
                            UNITED STATES ATTORNEY

BY:            /s/ Stephen D. Wadsworth
                            STEPHEN D. WADSWORTH
                            Assistant United States Attorney
                            Bar Number: ASB 9808 E47W
                            United States Attorney's Office
                            Middle District of Alabama
                            P.O. Box 197
                            Montgomery, AL 36101-0197
                            Telephone:    334-223-7280
                            Facsimile:     334-223-7201
                            Email: Stephen.Wadsworth@usdoj.gov