IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  2:19-mc-3877-ECM |
| | ) | |
| RENT-A-CENTER, PLANO, TX, | ) | |
| | ) | |
| Garnishee | ) | |
| | ) | |
| LEANDERSHAWN ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the motion to dismiss (doc. 3) filed on July 18, 2019, and for good cause, it is

ORDERED that the motion to dismiss (doc. 3) is GRANTED and the Writ of Garnishment be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to close this matter.

DONE this 26th day of July, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE